**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-500**

| | |
|---|---|
| **KENNETH HILL,** ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | **RULE 41(a)(1)(A)(i) MOTION** |
| ) | **FOR VOLUNTARY DISMISSAL** |
| **GO FINANCIAL, LLC, N/K/A** ) | |
| **BRIDGECREST FINANCIAL** ) | |
| **ACCEPTANCE CORPORATION,** ) | |
| **BRIDGECREST CREDIT** ) | |
| **COMPANY LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**NOW COMES,** Plaintiff, Kenneth Hill ("Hill" or "Plaintiff"), and through Counsel and pursuant to 41(a)(1)(A)(i) and files this Motion for Voluntary Dismissal, without prejudice.

Through said filing, Plaintiff seeks dismissal of the instant case. Plaintiff has not previously dismissed any state or federal action based on or including the same claim against any of the defendants.

Defendants filed an appearance but seek the submission of this matter to arbitration (therefore, believing the Court lacks subject matter jurisdiction over the matter) and have not answered, counterclaimed or moved for summary judgment.

Respectfully Submitted,



Date: October 11, 2018        By:_____

                                        E. Lynette Stone
                                        North Carolina State Bar No. 48994
                                        **THE STONE LAW OFFICE**
                                        2101 Cedar Springs Road, Ste. 1050
                                        Dallas, Texas 75201
                                        Phone: (972) 383-9499
                                        Facsimile: (972) 525-0063
                                        Email: appearances@thestonelawoffice.com
                                        ***Attorneys for Kenneth Hill***

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-500

| | |
|---|---|
| **KENNETH HILL,** | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| v. | ) |
| | ) |
| **GO FINANCIAL, LLC,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## PROOF OF SERVICE

The undersigned attorney, or someone in her stead with her permission, certifies that she served this proof and its underlying Motion for Voluntary Dismissal on the following:

David R. Pocock
Nelson Mullins Riley & Scarborough LLP
380 Knollwood Street, Suite 530
Winston-Salem, North Carolina 27103
*Attorney for Defendants*

Ramona Farzad
Nelson Mullins Riley & Scarborough LLP
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
*Attorney for Defendants*

Through the Court's CM/ECF, which will notify the identified attorney of this Notice and the underlying filing.

/s/E. Lynette Stone

E. Lynette Stone
North Carolina State Bar No. 48994
**THE STONE LAW OFFICE**
2101 Cedar Springs Road, Ste. 1050
Dallas, Texas 75201
Phone: (972) 383-9499
Facsimile: (972) 525-0063
Email: els@thestonelawoffice.com
***Attorneys for Kenneth Hill***