UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00500-FDW-DSC

| | |
|---|---|
| KENNETH HILL., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| GO FINANCIAL, LLC N/K/A ) | |
| BRIDGECREST FINANCIAL ) | |
| ACCEPTANCE CORPORATION and ) | |
| BRIDGECREST CREDIT COMPANY, ) | |
| LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff Kenneth Hill's Motion for Voluntary Dismissal without Prejudice (Doc. No. 9) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. As Defendants have consented, Plaintiff's Motion for Voluntary Dismissal without Prejudice is GRANTED and Plaintiff's claim is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of Court is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: October 24, 2018

Frank D. Whitney
Chief United States District Judge