# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Kenneth Hill, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:18-cv-00500-FDW-DSC |
| vs. | |
| Bridgecrest Credit Company, LLC<br>Go Financial, LLC,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 25, 2018 Order.

October 25, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court